# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2949
_____

DAVID LAWRENCE POWELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

January 3, 2024


PER CURIAM.

Appellant appeals from the trial court's order sentencing him to the statutory maximum of five years in prison after he violated probation. Appellant argues that the court erred when it imposed the $100 cost of prosecution without a request from the State and failed to make statutorily required written findings of fact after finding him to be a violent felony offender of special concern.

We affirm Appellant's challenge of the costs of prosecution in accordance with *Parks v. State,* 48 Fla. L. Weekly D1524 (Fla. 1st DCA Aug. 2, 2023). We reverse, however, as to Appellant's second argument. As the State's brief concedes, trial courts must make written findings as to whether a violent felony offender of special concern poses a danger to the community. § 948.06(8)(e), Fla. Stat.

Such findings are absent here. Accordingly, we remand for the entry of a written order making the required statutory findings. *See Gettis v. State*, 289 So. 3d 560 (Fla. 1st DCA 2020); *Glenn v. State*, 219 So. 3d 1010 (Fla. 1st DCA 2017).

AFFIRMED in part, REVERSED in part, and REMANDED.

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.